# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(136)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
   Defendant-Appellant.
_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

   On order of the Chief Justice, the motion of plaintiff-appellee and the Michigan Attorney General to file a supplemental authority and reply to defendant-appellant's supplemental brief after oral argument is GRANTED. The supplemental authority and reply submitted on March 28, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2014



Clerk